UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Gerald G. Marsolek,

Plaintiff,

v.

Minnesota Mining and Manufacturing Company d/b/a 3M, and Revised Job Elimination 2001 Severance Pay Plan,

Defendants.

Court File No. 01-1925 DSD JMM

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Gerald G. Marsolek, by his undersigned attorneys, and Defendants Minnesota Mining and Manufacturing Company d/b/a 3M, and Revised Job Elimination 2001 Severance Pay Plan, by their undersigned attorneys, hereby dismiss the above-entitled action with prejudice, together with all claims asserted or which could have been asserted therein, without costs or disbursements to any party.

LAPP, LIBRA, THOMSON, STOEBNER & PUSCH, CHARTERED

By [signature]
David A. Harbeck (#238594)
One Financial Plaza
Suite 2500
120 South Sixth Street
Minneapolis, MN 55402
(612) 338-5815

Attorneys for Plaintiff

Dated: 1/15, 2002

MINNESOTA MINING AND MANUFACTURING COMPANY

By [signature]
Timothy Y. Wong (#188931)
Its Senior Counsel
P.O. Box 33428, St. Paul, MN 55133-3428
Attorneys for Defendants

Dated: January 14, 2002



FILED 1-17-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 1-17-02
DEPUTY CLERK

**ORDER**

Pursuant to the foregoing Stipulation, the above-entitled action is hereby dismissed with prejudice and without any award by the Court of costs, disbursements, or attorney fees to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: 1/16, 2002

The Honorable David S. Doty
Judge of the United States District Court